ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC, SERIES 3425 PALATINE HILLS AVE,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No.: 2:22-cv-00282-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

NewRez LLC dba Shellpoint Mortgage Servicing and Saticoy Bay LLC, Series 3425 Palatine Hills Ave agree that Shellpoint shall have an additional fourteen (14) days, up to and including **March 8, 2022**, to file its response to Saticoy Bay's complaint, which is currently due on February 22, 2022. The complaint was filed on January 24, 2022, in state court. Saticoy Bay served Shellpoint with the complaint and summons on January 27, 2022. Shellpoint subsequently removed the case to federal court on February 14, 2022.

///

///

62325265;1

1  Good cause exists to grant the requested extension. The foreclosure sale in this matter is
2  currently set for February 25, 2022. Saticoy Bay has moved to enjoin foreclosure, and the court's
3  decision is currently pending. The parties continue to discuss settlement and would like an
4  opportunity to potentially reach settlement prior to the upcoming response deadline.

5  This is the parties' first request for an extension of this deadline, and is not intended to cause
6  any delay or prejudice to any party.

7  DATED this 22nd day of February 2022.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Paige L. Magaster* | */s/ Christopher L. Benner* |
| ARIEL E. STERN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 4958 |
| NATALIE L. WINSLOW, ESQ. | CHRISTOPHER L. BENNER, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 8963 |
| PAIGE L. MAGASTER, ESQ. | R. SAMUEL EHLERS, ESQ. |
| Nevada Bar No. 15557 | Nevada Bar No. 9313 |
| 1635 Village Center Circle, Suite 200 | 2810 W. Charleston Boulevard, Suite 75 |
| Las Vegas, NV 89134 | Las Vegas, NV 89102 |
| *Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | *Attorneys for Saticoy Bay LLC, Series 3425 Palatine Hills Ave* |

**ORDER**
**IT IS SO ORDERED**

**DATED:** 9:43 am, February 23, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2

62325265;1