ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a*
*Shellpoint Mortgage Servicing*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC, SERIES 3425 PALATINE HILLS AVE,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No.: 2:22-cv-00282-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 23 |
| NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>Counterclaimant,<br><br>vs.<br><br>SATICOY BAY LLC, SERIES 3425 PALATINE HILLS AVE; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Counterdefendants. | |

{63640109}

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Saticoy Bay LLC, Series 3425 Palatine Hills Ave and NewRez LLC d/b/a Shellpoint Mortgage Servicing, by and through their respective counsel of record, hereby agree to dismiss all claims and counterclaims between them with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 23rd day of May, 2022.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Paige L. Magaster*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | */s/ Christopher L. Benner*<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>CHRISTOPHER L. BENNER, ESQ.<br>Nevada Bar No. 8963<br>2810 W. Charleston Boulevard, Suite 75<br>Las Vegas, NV 89102<br><br>*Attorneys for Saticoy Bay LLC, Series 3425 Palatine Hills Ave* |

## **ORDER**

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

The Clerk of Court is directed to CLOSE THIS CASE.

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No.: 2:22-cv-00282-JAD-BNW

**DATED:** 5/25/22 _____